MELISSA W. COOK, ESQ.; SBN: 134791
KERRY K. FENNELLY, ESQ.; SBN: 232621
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

Attorneys for SAN DIEGO UNITE-HERE
PENSION FUND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNITE-HERE PENSION FUND, | Case No. 07 CV 2261 JLS (JMA) |
| Petitioner, | PROOF OF SERVICE |
| vs. | |
| SILVIA QUINTERO, an individual, | |
| Respondent. | |

I, the undersigned, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3444 Camino del Rio North, Suite 106, San Diego, California 92108; I am employed in the office of a member of the bar of this Court at whose direction I served a copy, including all exhibits, if any, on December 7, 2007, of NOTICE OF PETITION AND PETITION FOR ORDER VACATING ARBITRATION AWARD filed November 30, 2007 and DECEMBER 7, 2007 LETTER RE: CORRECT CASE NUMBERS by placing a true copy thereof in an envelope addressed to the person named below at the addresses shown:

Timothy L. Brictson, Esq.
Law Office of Brictson and Cohn
2214 Fifth Avenue
San Diego, CA 92101

      I placed a true copy in a sealed envelope or package addressed to the person at the address indicated above on the above-mentioned date and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on December 7, 2007 at San Diego, California.

*Marion D. Nelson*
Marion D. Nelson

---

Proof of Service      -2-      Case No. 07 CV 2261 JLS (JMA)

**MELISSA W. COOK & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3444 CAMINO DEL RIO NORTH, SUITE 106
SAN DIEGO, CALIFORNIA 92108

MELISSA W. COOK
LISA A. LESLEY
KERRY K. FENNELLY

LUISA DIAZ TORRES
Paralegal

TELEPHONE
(619) 280-4302

FACSIMILE
(619) 280-4304

December 7, 2007

Timothy Brictson, Esq.
Law Office of Brictson & Cohn
2214 Fifth Avenue
San Diego, California 92101

Re: Petitions to Vacate Arbitration Awards in
<u>Charles Yip and Silvia Quintero Matters</u>

Dear Mr. Brictson:

Please find enclosed copies of the original Petitions to Vacate Arbitration Awards in the Charles Yip and Silvia Quintero matters. We are reserving you with the copies of the originals because the conformed copies we received from the court that we served had the case numbers reversed. Thus, please be advised the case numbers are as follows:

**Quintero:** 07 CV 2261 JLS (JMA)

**Yip:** 07 CV 02262 WQH (BLM)

Thank you for your attention to this letter.

Very truly yours,

MELISSA W. COOK & ASSOCIATES

Kerry Fennelly

Kerry K. Fennelly

KKF/mdn/Brictson2.ltr.wpd
0895.30, 0895.31
Enclosures

