# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| San Diego Unite-Here Pension Fund<br><br>Plaintiff,<br><br>v.<br><br>Charles Yip<br><br>Defendant | No. | 07cv2262-WQH-BLM  FILED<br>09 JAN 15  AM 7:58<br>REPORT OF CLERK AND ORDER OF<br>TRANSFER PURSUANT TO<br>"LOW-NUMBER" RULE. CLERK, U.S. DISTRICT C.<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low Numbered" Case No.     07cv2261-JLS-JMA

Title:     San Diego Unite-Here Pension Fund v. Quintero

Nature of Case:     09:0010 Petition to Vacate Arbitration Award

The above "low numbered" case and the present case appear

__X__ (1)     to arise from the same or substantially identical transactions, happenings or events; or

__X__ (2)     involve the same or substantially the same parties or property; or

_____ (3)     involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__X__ (4)     call for determination of the same or substantially identical questions of law; or

_____ (5)     where a case is refiled within one year of having previously been terminated by the Court; or

__X__ (6)     for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:     07cv2262-JLS-JMA

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

W. Samuel Hamrick, Jr., Clerk of Court,

DATED:  January 8, 2008        By:            s/M. Cruz
                                           (By) **M. Cruz**, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:  1/11/08        _____
                                   Janis L. Sammartino
                                   United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Jan M. Adler for all further proceedings.

DATED:  1/14/08        _____
                                   William Q. Hayes
                                   United States District Judge