# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CASES REASSIGNED TO THE HONORABLE JANIS L. SAMMARTINO | SCHEDULING ORDER<br>07cv2262 JLS(JMA) |

    Good cause appearing, the Court hereby **RESETS** dates in all the following matters:

    <u>Ruiz v. Affinity Logistics Corporation (05cv2125 JLS (CAB))</u>: The Court hereby **RESCHEDULES** the hearing on defendant's motion for summary judgment (Doc. No. 59) to <u>Friday, May 30, 2008</u> at <u>10:30 a.m.</u>

    <u>San Diego Unite-Here Pension Fund v. Quintero (07cv2261 JLS (JMA))</u> and <u>San Diego Unite-Here Pension Fund v. Yip (07cv2262 JLS (JMA))</u>: The Court **RESCHEDULES** the hearing on the petitions to vacate arbitration awards (Doc. No. 1 in each case) and motions to consolidate cases (Doc. No. 5 in 07cv2261, and Doc. No. 4 in 07cv2262) for <u>Friday, June 6, 2008</u> at <u>10:30 a.m.</u>

    <u>Schaefer v. Robbins & Keehn, APC et al. (06cv821 JLS (JMA))</u>: The Court **RESCHEDULES** the hearing on defendants' and counter-claimant's motions for summary judgment (Doc. Nos. 104-105) to <u>Friday, June 20, 2008</u> at <u>10:30 a.m.</u>

//
//

- 1 -

The Clerk's Office **SHALL DOCKET** this Order in every case referenced above.

IT IS SO ORDERED.

DATED: April 11, 2008

                                                *Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge