# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

San Diego Unite-Here Pension Fund

          V.                                  **JUDGMENT IN A CIVIL CASE**

Charles Yip

                                                          **CASE NUMBER:**    07cv2262 JLS (JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court enforces the arbitration award and denies the petitions to vacate.

| August 6, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                           s/M. Zvers

                                                           (By) Deputy Clerk

                                                           ENTERED ON August 6, 2008